## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: John C. Bennett, | : | Bankruptcy No. 24-21806-CMB |
| Debtor. | : | Chapter 13 |
| John C. Bennett, | : | |
| | : | Document No.: 37 |
| Movant, | : | |
| | : | Related Document No.: 35, 36 |
| v. | : | |
| | : | Related Claim No.: 10 |
| Resurgent Receivables, LLC, | : | |
| | : | **Hearing Date and Time:** |
| Respondent. | : | December 17, 2024, at 1:30 p.m. |

### CERTIFICATE OF SERVICE

I, Maya Rowe, hereby certify that a copy of the Debtor's Objection to Proof of Claim No. 10, Proposed Order, and Notice of Hearing was served by First Class U.S. mail postage prepaid on November 21, 2024, on the interested parties as indicated below:

Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Star Tumminelli, Claims Processor
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Ronda J. Winnecour, Esquire
Office of Chapter 13 Trustee
3250 USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of U.S. Trustee
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

Dated: November 21, 2024

/s/ Maya Rowe
Maya Rowe, Paralegal
Thompson Law Group, P.C.
301 Smith Drive, Suite 6
Cranberry Township, PA 16066
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
mrowe@thompsonattorney.com