## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: John C. Bennett, : | | Bankruptcy No. 24-21806-CMB |
| Debtor. : | | Chapter 13 |
| John C. Bennett, : | | |
| : | | Document No.: 43 |
| Movant, : | | |
| : | | Related Document No.: 41, 42 |
| v. : | | |
| : | | Related Claim No.: 14 |
| Portfolio Recovery Associates, LLC, : | | |
| : | | **Hearing Date and Time:** |
| Respondent. : | | December 17, 2024, at 1:30 p.m. |

### CERTIFICATE OF SERVICE

I, Maya Rowe, hereby certify that a copy of the Debtor's Objection to Proof of Claim No. 14, Proposed Order, and Notice of Hearing was served by First Class U.S. mail postage prepaid on November 21, 2024, on the interested parties as indicated below:

Portfolio Recovery Associates, LLC
POB 41067
Norfolk, VA 23541

George S. Grammer, Bankruptcy Representative
PRA Receivables Management, LLC
POB 41067
Norfolk, VA 23541

Ronda J. Winnecour, Esquire
Office of Chapter 13 Trustee
3250 USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of U.S. Trustee
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

Dated: November 21, 2024

/s/ Maya Rowe
Maya Rowe, Paralegal
Thompson Law Group, P.C.
301 Smith Drive, Suite 6
Cranberry Township, PA 16066
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
mrowe@thompsonattorney.com