**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: John C. Bennett, | : | Bankruptcy No. 24-21806-CMB |
| | : | |
| Debtor. | : | Chapter 13 |
| _____ | : | |
| John C. Bennett, | : | |
| | : | Document No.: 55 |
| Movant, | : | |
| | : | Related Document No.: 53, 54 |
| v. | : | |
| | : | Related Claim No.: 4 |
| Hampton Township School District, | : | |
| | : | **Hearing Date and Time:** |
| Respondent. | : | January 29, 2025, at 1:30 p.m. |

### CERTIFICATE OF SERVICE

I, Maya Rowe, hereby certify that a copy of the Debtor's Objection to Proof of Claim No. 4, Proposed Order, and Notice of Hearing was served by First Class U.S. mail postage prepaid on December 26, 2024, on the interested parties as indicated below:

Hampton Township School District
c/o GRB Law
525 William Penn Place, Ste. 3110
Pittsburgh, PA 15219

Richard A. Monti, Esq.
*Attorney for Creditor*
GRB Law
525 William Penn Place
Suite 3110
Pittsburgh, PA 15219

Ronda J. Winnecour, Esquire
Office of Chapter 13 Trustee
3250 USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of U.S. Trustee
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

Dated: December 26, 2024

/s/ Maya Rowe
Maya Rowe, Paralegal
Thompson Law Group, P.C.
301 Smith Drive, Suite 6
Cranberry Township, PA 16066
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
mrowe@thompsonattorney.com