IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: John C. Bennett,

Case No. 24-21806-CMB

Chapter 13

Debtor.

### STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

☐ a motion to dismiss case or certificate of default requesting dismissal

☐ a plan modification sought by: _____

☐ a motion to lift stay
as to creditor _____

☒ Other: Notice of Mortgage Payment Change filed by Pennymac Loan Services, LLC, at claim number 6.

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒ Chapter 13 Plan dated July 26, 2024
☐ Amended Chapter 13 Plan

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒ Debtor(s) Plan payments shall be changed from $2,895.00 to $2,943.00 per month, effective August 1, 2025; and/or the Plan term shall be changed from ____ months to ____ months.

[04/22]                                     -1-

❏     In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

❏     Debtor(s) shall file and serve _____ on or before _____.

❏     If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

❏     If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as _____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

❏     Other: _____

    **IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

    **IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this 18th day of   July  , 2025

Dated:   July 18, 2025

_____
United States Bankruptcy Judge

Stipulated by:

/s/ *Brian C. Thompson*, Esquire
Brian C. Thompson
PA ID: 91197
Thompson Law Group, P.C.
301 Smith Drive, Suite 6
Cranberry Township, PA 16066
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com

FILED
7/18/25 1:35 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Stipulated by:

/s/*James C. Warmbrodt*, Esquire
James C. Warmbrodt
PA ID: 42524
Attorney for Chapter 13 Trustee
U.S. Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA 15219
412-471-5566
jwarmbrodt@chapter13trusteewdpa.com

cc: All Parties in Interest to be served by Clerk

[04/22]      -3-

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
John C. Bennett  
    Debtor

Case No. 24-21806-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: Jul 18, 2025      Form ID: pdf900      Total Noticed: 32

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John C. Bennett, 2444 Victoria Drive, Allison Park, PA 15101-3847 |
| 15842158 | | LENDMARK FINANCIAL SERVICES, LLC, 2118 USHER STREET NW COVINGTON GA 30014 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | Jul 19 2025 00:17:00 | Hampton Township School District, c/o Richard A. Monti, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| cr | + | Email/Text: kebeck@bernsteinlaw.com | Jul 19 2025 00:17:00 | Harley-Davidson Credit Corp, c/o Keri P. Ebeck, 601 Grant Street, 9th Floor, Pittsburgh, PA 15219, PA 15219, UNITED STATES 15219-4430 |
| 16433999 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 19 2025 00:17:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 16452840 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jul 19 2025 00:19:56 | Aidvantage on behalf of, Dept of Ed Loan Services, PO BOX 300001, Greenville TX 75403-3001 |
| 15840145 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 19 2025 00:17:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 16438651 | | Email/PDF: bncnotices@becket-lee.com | Jul 19 2025 00:32:19 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15823579 | + | Email/PDF: bncnotices@becket-lee.com | Jul 19 2025 00:19:28 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15823580 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jul 19 2025 00:17:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 South West St, Wilmington, DE 19801-5014 |
| 15823581 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 19 2025 00:20:04 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 16440130 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 19 2025 00:20:37 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15823582 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 19 2025 00:19:30 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 15823583 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 19 2025 00:19:23 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15823591 | | Email/Text: Check.bksupport@pavilionpay.com | Jul 19 2025 00:17:00 | Pavilion Payments Check Services LLC, 6215 W. Howard Street, Niles, IL 60714 |
| 15823584 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 19 2025 00:17:00 | Gm Financial, Po Box 181145, Arlington, TX |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 76096-1145 |
| 16424742 | + | Email/Text: ebnjts@grblaw.com | Jul 19 2025 00:17:00 | Hampton Township School District, GRB Law, c/o Richard A. Monti, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15823585 | + | Email/Text: bankruptcy.notices@hdfsi.com | Jul 19 2025 00:18:00 | Harley Davidson Financial, Attn: Bankruptcy, Po Box 22048, Carson City, NV 89721-2048 |
| 16440806 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Jul 19 2025 00:17:00 | Harley-Davidson Credit Corp, PO Box 9013, Addison, Texas 75001-9013 |
| 15823586 | | Email/Text: bk@lendmarkfinancial.com | Jul 19 2025 00:17:00 | Lendmark Financial Services, Attn: Bankruptcy, 1735 N. Brown Road, Suite 300, Lawrenceville, GA 30043 |
| 16440577 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 19 2025 00:19:26 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15823587 | + | Email/Text: bankruptcy@marinerfinance.com | Jul 19 2025 00:17:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15823589 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jul 19 2025 00:20:38 | Navient, Po Box 300001, Greenville, TX 75403-3001 |
| 15823588 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jul 19 2025 00:19:22 | Navient, Attn: Bankruptcy, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 15823590 | + | Email/PDF: cbp@omf.com | Jul 19 2025 00:31:10 | One Main Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 16436922 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 19 2025 00:17:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 15823593 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 19 2025 00:17:00 | PNC Financial Services, Attn: Bankruptcy, 300 Fifth Ave, Pittsburgh, PA 15222 |
| 16441190 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 19 2025 00:20:02 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15823592 | + | Email/PDF: ebnotices@pnmac.com | Jul 19 2025 00:19:58 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 16433425 | + | Email/PDF: ebnotices@pnmac.com | Jul 19 2025 00:44:53 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 16440454 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 19 2025 00:19:33 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15823594 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 19 2025 00:20:38 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 30

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PENNYMAC LOAN SERVICES, LLC |
| cr | *+ | AmeriCredit Financial Services, Inc. dba GM Financ, PO Box 183853, Arlington, TX 76096-3853 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Jul 18, 2025 | Form ID: pdf900 | Total Noticed: 32 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2025          Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian C. Thompson | on behalf of Debtor John C. Bennett bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Denise Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC dcarlon@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Harley-Davidson Credit Corp kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Matthew Fissel | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Richard Monti | on behalf of Creditor Hampton Township School District rmonti@grblaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7